No. 496, Misc. FISHER v. UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se. Solicitor General Rankin, Assistant Attorney General Wilkey, Beatrice Rosenberg* and *Felicia Dubrovsky* for the United States.

No. 503, Misc. BROWN v. NEW YORK. Court of Appeals of New York. Certiorari denied.

No. 517, Misc. SEISEK v. BLAW-KNOX CO. ET AL. Supreme Court of Pennsylvania. Certiorari denied. Petitioner *pro se. H. Reginald Belden* for respondents.

No. 557, Misc. SILAS v. ARKANSAS. Supreme Court of Arkansas. Certiorari denied.

No. 577, Misc. LYONS v. UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se. Solicitor General Rankin, Assistant Attorney General Wilkey* and *Beatrice Rosenberg* for the United States.

No. 578, Misc. LEVINE v. COLGATE-PALMOLIVE Co. C. A. 2d Cir. Certiorari denied. Petitioner *pro se. James B. Henry, Jr.* for respondent.

No. 583, Misc. MILLS v. WILKINS, WARDEN. Appellate Division, Supreme Court of New York, Fourth Judicial Department. Certiorari denied.